UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: COVID-19 BUSINESS INTERRUPTION
PROTECTION INSURANCE LITIGATION     MDL No. 2942

**NOTICE OF MAJOR DEFICIENCY**

The following deficiency is considered MAJOR:

>Pleading No. 754 is out of time. Briefing in this matter closed on June 16, 2020. (*See* Doc. No. 547 ("Parties in any potential tag-along action may file an Interested Party response, but must do so promptly, and in any event, no later than the Thursday prior to the hearing session at which the motion for transfer is to be heard by the Panel.")).

*See* Panel Rule 6.3.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel